Michele R. Fisher, MN Bar No. 0303069
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200

**ADR**

**FILED**

2008 JUL 15 P 1:48

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**E-FILING**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, and Christal Delay, individually, on behalf of all others similarly situated, and on behalf of the general public,

　　　　　Plaintiffs,

v.

United Auto Credit Corporation, and DOES 1-50, inclusive,

　　　　　Defendant.

**C08  03404   RMW   PVT**

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

　　　　Pursuant to Civil L.R. 11-3, Michele R. Fisher, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

　　　　In support of this application I certify on oath that:

　　　　1.　　I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

　　　　2.　　I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

　　　　3.　　An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

1

counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Matthew C. Helland
> Nichols Kaster & Anderson, LLP
> One Embarcadero Center
> Suite 720
> San Francisco, CA 94111
> 415-277-7235

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/14/08

Michele R. Fisher