RECEIVED
2008 JUL 15 PM 4:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR
E-FILING

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, and Christal Delay, individually, on behalf of all others similarly situated, and on behalf of the general public,

   Plaintiffs,

v.

United Auto Credit Corporation, and DOES 1-50, inclusive,

   Defendant.

) C08 03404
) (Proposed)
) ORDER GRANTING APPLICATION
) FOR ADMISSION OF ATTORNEY
) *PRO HAC VICE*
)
) RMW
) PVT

Michele R. Fisher an active member in good standing of the bar of Minnesota, whose business address and telephone number is Nichols Kaster & Anderson, PLLP, 4600 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, (612) 256-3200, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____        _____
                                                                    District Judge