RECEIVED

ADR

**UNITED STATES DISTRICT COURT**

2008 JUL 15 PM 4:51

**NORTHERN DISTRICT OF CALIFORNIA**

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

Santiago Hernandez, Jason Campbell, Lisa )
Bennett, Michael Byrd, Kenneth Williams, and )
Christal Delay, individually, on behalf of all )
others similarly situated, and on behalf of the )
general public, )

Plaintiffs, )

v. )

United Auto Credit Corporation, and DOES )
1-50, inclusive, )

Defendant. )

C 08 03404 RMW

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

PVT

Paul J. Lukas an active member in good standing of the bar of Minnesota, whose business address and telephone number is Nichols Kaster & Anderson, PLLP, 4600 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, (612) 256-3200, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
District Judge