Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238
helland@nka.com

NICHOLS KASTER & ANDERSON, PLLP
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(*pro hac vice* application pending)
Michele R. Fisher, MN Bar No. 303069
fisher@nka.com
(*pro hac vice* application pending)
David C. Zoeller, MN State Bar No. 0387885
Zoeller@nka.com
(*pro hac vice* application pending)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, and Christal Delay, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>vs.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case File No. 08-cv-03404 RMW/ PVT<br><br>**NOTICE OF CONSENT FILING** |

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Tidwell        Jeffery
Sutton         Travis
Mendoza        Jose
Ewing          Jennifer

Dated: July 17, 2008

s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew Helland, State Bar No. 250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER & ANDERSON, PLLP**
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(*pro hac vice* application forthcoming)
Michele R. Fisher, MN Bar No. 303069
fisher@nka.com
(*pro hac vice* application forthcoming)
David C. Zoeller, MN State Bar No. 0387885
zoeller@nka.com
(*pro hac vice* application forthcoming)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

## CERTIFICATE OF SERVICE
Hernandez et al v. United Auto Credit Corporation
**Case No. 08-cv-03404 RMW/ PVT**

I hereby certify that on July 17, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via hand delivery by messenger upon the following:

United Auto Credit Corporation
Greg Brawley
18191 Von Karman Ave, Suite 300
Irvine, CA 92612


Dated: July 17, 2008                    s/Matthew C. Helland

**NICHOLS KASTER & ANDERSON, LLP**
Matthew Helland, State Bar No. 250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

# UNITED AUTO CREDIT CORPORATION

## PLAINTIFF CONSENT FORM

I hereby consent to join the action against United Auto Credit Corp. (UACC) as a Plaintiff to assert claims for overtime pay. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against UACC. During the past three years, there were occasions when I worked over 40 hours per week as an Assistant Manager, Operations Manager, Collections Supervisor/Senior Collector, or an Administrative Supervisor/Customer Service Supervisor and did not receive overtime compensation.

_[signature]_ 7/11/08
Signature               Date

Jeffery A Tidwell
Print Name

REDACTED

REDACTED

# UNITED AUTO CREDIT CORPORATION

# PLAINTIFF CONSENT FORM

I hereby consent to join the action against United Auto Credit Corp. (UACC) as a Plaintiff to assert claims for overtime pay. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against UACC. During the past three years, there were occasions when I worked over 40 hours per week as an Assistant Manager, Operations Manager, Collections Supervisor/Senior Collector, or an Administrative Supervisor/Customer Service Supervisor and did not receive overtime compensation.

_____    07/10/08
Signature                  Date

TRAVIS SUTTON
Print Name

REDACTED

REDACTED

# UNITED AUTO CREDIT CORPORATION

## PLAINTIFF CONSENT FORM

I hereby consent to join the action against United Auto Credit Corp. (UACC) as a Plaintiff to assert claims for overtime pay. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against UACC. During the past three years, there were occasions when I worked over 40 hours per week as an Assistant Manager, Operations Manager, Collections Supervisor/Senior Collector, or an Administrative Supervisor/Customer Service Supervisor and did not receive overtime compensation.

_[Signature]_   07/02/08
Signature        Date

Jose Mendoza
Print Name

REDACTED

REDACTED

# UNITED AUTO CREDIT CORPORATION

## PLAINTIFF CONSENT FORM

I hereby consent to join the action against United Auto Credit Corp. (UACC) as a Plaintiff to assert claims for overtime pay. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against UACC. During the past three years, there were occasions when I worked over 40 hours per week as an Assistant Manager, Operations Manager, Collections Supervisor/Senior Collector, or an Administrative Supervisor/Customer Service Supervisor and did not receive overtime compensation.

_Jennifer Ewing_    7-1-08
Signature               Date

JENNIFER EWING
Print Name

REDACTED

REDACTED