| | |
|---|---|
| 1 | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | NICHOLS KASTER, LLP<br>One Embarcadero Center, Suite 720 |
| 3 | San Francisco, CA 94111<br>Telephone: 415-277-7235 |
| 4 | Facsimile: 415-277-7238 |
| 5 | helland@nka.com |
| 6 | NICHOLS KASTER, PLLP<br>Paul J. Lukas, MN State Bar No. 22084X |
| 7 | lukas@nka.com<br>(Admitted *pro hac vice*) |
| 8 | Michele R. Fisher, MN Bar No. 303069 |
| 9 | fisher@nka.com<br>(Admitted *pro hac vice*) |
| 10 | David C. Zoeller, MN State Bar No. 0387885<br>zoeller@nka.com |
| 11 | (Admitted *pro hac vice*)<br>4600 IDS Center |
| 12 | 80 South 8th Street<br>Minneapolis, MN 55402 |
| 13 | Telephone: (612) 256-3200 |
| 14 | Facsimile: (612) 215-6870 |
| 15 | Attorneys for Individual and Representative Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, and Christal Delay, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>vs.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case File No. 08-cv-03404 RMW/ PVT<br><br>**NOTICE OF FIRM NAME CHANGE** |

NOTICE OF FIRM NAME CHANGE

TO THE COURT AND ALL PARTIES ON RECORD

PLEASE BE ON NOTICE, that effective August 1, 2008, the law firm of Nichols, Kaster & Anderson, PLLP and Nichols, Kaster & Anderson, LLP changed its name to Nichols Kaster, PLLP and Nichols, Kaster, LLP, respectively. Our address, phone number, and fax number have not changed.

Dated: August 1, 2008

Respectfully submitted,

By: /s/ David C. Zoeller
David C. Zoeller

**NICHOLS KASTER, LLP**
Matthew Helland, State Bar No. 250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER, PLLP**
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(*pro hac vice* application pending)
Michele R. Fisher, MN Bar No. 303069
fisher@nka.com
(*pro hac vice* application pending)
David C. Zoeller, MN State Bar No. 0387885
zoeller@nka.com
(*pro hac vice* application pending)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS