```
1   Matthew C. Helland, CA State Bar No. 250451
    NICHOLS KASTER, LLP
2   One Embarcadero Center, Suite 720
    San Francisco, CA 94111
3   Telephone: 415-277-7235
    Facsimile: 415-277-7238
4   helland@nka.com
5
    NICHOLS KASTER, PLLP
6   Paul J. Lukas, MN State Bar No. 22084X
    lukas@nka.com
7   (Admitted pro hac vice)
    Michele R. Fisher, MN Bar No. 303069
8   fisher@nka.com
    (Admitted pro hac vice)
9   David C. Zoeller, MN State Bar No. 0387885
    zoeller@nka.com
10  (Admitted pro hac vice)
11  4600 IDS Center
    80 South 8th Street
12  Minneapolis, MN 55402
    Telephone:  (612) 256-3200
13  Facsimile:  (612) 215-6870
14
15  Attorneys for Individual and Representative Plaintiffs
```

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, and Christal Delay, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>vs.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | **Case File No. 08-cv-03404 RMW/ PVT**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Madariaga Gustavo

Dated: August 12, 2008                              s/Matthew C. Helland

**NICHOLS KASTER, LLP**
Matthew Helland, State Bar No. 250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER, PLLP**
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
Michele R. Fisher, MN Bar No. 303069
fisher@nka.com
(Admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
zoeller@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

CERTIFICATE OF SERVICE
Hernandez et al v. United Auto Credit Corporation
Case No. 08-cv-03404 RMW/ PVT

I hereby certify that on August 12, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via certified U.S. Mail upon the following:

United Auto Credit Corporation
Greg Brawley
18191 Von Karman Ave, Suite 300
Irvine, CA 92612


Dated: August 12, 2008                              s/Matthew C. Helland
                                                    _____
**NICHOLS KASTER, LLP**
Matthew Helland, State Bar No. 250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238