1  Counsel on next page

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN JOSE DIVISION

| | |
|---|---|
| Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, and Christal Delay, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.  C08 03404 RMW<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO INITIAL COMPLAINT** |

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

(NO. C08 03404 RMW)
FIRMWIDE:86268795.1 620000.1684

STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO INITIAL COMPLAINT

1  FERMIN H. LLAGUNO, Bar No. 185222
   MARIA R. HARRINGTON, Bar No. 201901
2  LITTLER MENDELSON
   A Professional Corporation
3  2050 Main Street
   Suite 900
4  Irvine, CA  92614
   Telephone:    949.705.3000
5  Facsimile:    949.724.1201
   Email:        fllaguno@littler.com
6                mharrington@littler.com

7  Attorneys for Defendant
   UNITED AUTO CREDIT CORPORATION
8
   NICHOLS KASTER, LLP
9  Matthew C. Helland, CA State Bar No. 250451
   Helland@nka.com
10 One Embarcadero Center, Suite 720
   San Francisco, CA 94111
11 Telephone (415) 277-7235
   Facsimile: (415) 277-7238
12
   NICHOLS KASTER, PLLP
13 Paul J. Lukas (MN State Bar No. 22084X)
   Lukas@nka.com
14 (*pro hac vice* application pending)
   Michele R. Fisher, MN Bar No. 303069
15 (*pro hac vice* application pending)
   David C. Zoeller, MN State Bar No. 0387885
16 Zoeller@nka.com
   (*pro hac vice* application pending)
17 4600 IDS Center
   80 South 8th Street
18 Minneapolis, MN 55402

19 Attorneys for Individual and Representative Plaintiffs

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA  92614
949.705.3000

(NO. C08 03404 RMW )                         2.      STIPULATION TO EXTEND DEADLINE FOR
FIRMWIDE:86268795.1 620000.1684                      DEFENDANT TO FILE A RESPONSIVE
                                                     PLEADING TO INITIAL COMPLAINT

Plaintiffs Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, and Christal Delay ("Plaintiffs") and Defendant United Auto Credit Corporation ("Defendant" and together with Plaintiffs, the "Parties") hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Summons and Complaint in the above-captioned action on July 15, 2008;

WHEREAS, Defendant received such Summons and Complaint on July 30, 2008;

WHEREAS, Defendant's deadline to file and serve a responsive pleading to Plaintiffs' Complaint is currently on or about August 19, 2008; and

WHEREAS, Plaintiffs have agreed to grant Defendants a 10-day extension of time to file and serve a responsive pleading, to no later than August 29, 2008.

Pursuant to Local Rule 6-1(a), the Parties hereby stipulate to extend the deadline for Defendants to file and serve their responsive pleading(s) to August 29, 2008.

IT IS SO STIPULATED.

Dated: August  19 , 2008

/s/
MARIA R. HARRINGTON
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
UNITED AUTO CREDIT CORPORATION

Dated: August _____, 2008

DAVID C. ZOELLER
NICHOLS KASTER, PLLP
Attorneys for Plaintiffs
SANTIAGO HERNANDEZ, JASON CAMPBELL, LISA BENNETT, MICHAEL BYRD, KENNETH WILLIAMS, AND CHRISTAL DELAY

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

(NO. C08 03404 RMW )
FIRMWIDE:86268795.1 620000.1684

3.

STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO INITIAL COMPLAINT

1

2      Plaintiffs Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth

3 Williams, and Christal Delay ("Plaintiffs") and Defendant United Auto Credit Corporation

4 ("Defendant" and together with Plaintiffs, the "Parties") hereby stipulate as follows:

5      WHEREAS, Plaintiffs filed their Summons and Complaint in the above-captioned action on

6 July 15, 2008;

7      WHEREAS, Defendant received such Summons and Complaint on July 30, 2008;

8      WHEREAS, Defendant's deadline to file and serve a responsive pleading to Plaintiffs'

9 Complaint is currently on or about August 19, 2008; and

10     WHEREAS, Plaintiffs have agreed to grant Defendants a 10-day extension of time to file and

11 serve a responsive pleading, to no later than August 29, 2008.

12     Pursuant to Local Rule 6-1(a), the Parties hereby stipulate to extend the deadline for

13 Defendants to file and serve their responsive pleading(s) to August 29, 2008.

14     IT IS SO STIPULATED.

15 Dated: August _____, 2008

16

17
                                  /s/
                             MARIA R. HARRINGTON

18                            LITTLER MENDELSON
                            A Professional Corporation

19                            Attorneys for Defendant
                            UNITED AUTO CREDIT CORPORATION

20

21 Dated: August 14, 2008

22

23
                            DAVID C. ZOELLER

24                            NICHOLS KASTER, PLLP
                            Attorneys for Plaintiffs

25                            SANTIAGO HERNANDEZ, JASON
                            CAMPBELL, LISA BENNETT, MICHAEL

26                            BYRD, KENNETH WILLIAMS, AND
                            CHRISTAL DELAY

27

28

LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

(NO. C08 03404 RMW )              3.        STIPULATION TO EXTEND DEADLINE FOR
FIRMWIDE:86268795.1 620000.1684                         DEFENDANT TO FILE A RESPONSIVE
                                                                PLEADING TO INITIAL COMPLAINT