```
 1  Matthew C. Helland, CA State Bar No. 250451
    NICHOLS KASTER, LLP
 2  One Embarcadero Center, Suite 720
    San Francisco, CA 94111
 3  Telephone: 415-277-7235
    Facsimile: 415-277-7238
 4  helland@nka.com
 5
    NICHOLS KASTER, PLLP
 6  Paul J. Lukas, MN State Bar No. 22084X
    lukas@nka.com
 7  (Admitted pro hac vice)
    Michele R. Fisher, MN Bar No. 303069
 8  fisher@nka.com
    (Admitted pro hac vice)
 9  David C. Zoeller, MN State Bar No. 0387885
    zoeller@nka.com
10  (Admitted pro hac vice)
    4600 IDS Center
11  80 South 8th Street
12  Minneapolis, MN 55402
    Telephone: (612) 256-3200
13  Facsimile: (612) 215-6870
14
15  Attorneys for Individual and Representative Plaintiffs
```

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, and Christal Delay, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>              Plaintiffs,<br><br>vs.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>              Defendants. | **Case File No. 08-cv-03404 RMW/ PVT**<br><br>**NOTICE OF CONSENT FILING** |

1  PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2  attached Consent Form(s) for the following person(s):
3
4  Naus Kevin
5
6  Dated: August 21, 2008                            s/ David C. Zoeller

**NICHOLS KASTER, LLP**
Matthew Helland, State Bar No. 250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER, PLLP**
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
Michele R. Fisher, MN Bar No. 303069
fisher@nka.com
(Admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
zoeller@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  (612) 256-3200
Facsimile:  (612) 215-6870

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

# UNITED AUTO CREDIT CORPORATION

# PLAINTIFF CONSENT FORM

I hereby consent to join the action against United Auto Credit Corp. (UACC) as a Plaintiff to assert claims for overtime pay. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against UACC. During the past three years, there were occasions when I worked over 40 hours per week as an Assistant Manager, Operations Manager, Collections Supervisor/Senior Collector, or an Administrative Supervisor/Customer Service Supervisor and did not receive overtime compensation.

_____  7/15/08
Signature                          Date

_Kevin E. Naus_
Print Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster & Anderson, PLLP
                         Attn: David C. Zoeller
                         4600 IDS Center, 80 South Eighth Street,
                         Minneapolis, MN 55402-2242
                         Fax: (612) 215-6870
                         Toll Free Telephone: (877) 448-0492
                         Email: zoeller@nka.com
                         Web: www.overtimecases.com

# CERTIFICATE OF SERVICE
Hernandez et al v. United Auto Credit Corporation
**Case No. 08-cv-03404 RMW/ PVT**

I hereby certify that on August 21, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via certified U.S. Mail upon the following:

United Auto Credit Corporation
Greg Brawley
18191 Von Karman Ave, Suite 300
Irvine, CA 92612

Dated: August 21, 2008                    s/ David C. Zoeller

**NICHOLS KASTER, PLLP**
David C. Zoeller, MN State Bar No. 0387885
zoeller@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870