Matthew C. Helland, CA State Bar No. 250451
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238
helland@nka.com

NICHOLS KASTER, PLLP
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
Michele R. Fisher, MN Bar No. 303069
fisher@nka.com
(Admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
zoeller@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, and Christal Delay, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>                 Plaintiffs,<br><br>vs.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>                 Defendants. | Case File No. 08-cv-03404 RMW/ PVT<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Wallace Terri

Dated: September 4, 2008                           s/ David C. Zoeller

**NICHOLS KASTER, LLP**
Matthew Helland, State Bar No. 250451
helland@nka.com
One Embarcadero Center
Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7236
Facsimile: (415) 277-7238

**NICHOLS KASTER, PLLP**
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(Admitted *pro hac vice*)
Michele R. Fisher, MN Bar No. 303069
fisher@nka.com
(Admitted *pro hac vice*)
David C. Zoeller, MN State Bar No. 0387885
zoeller@nka.com
(Admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

ATTORNEYS FOR PLAINTIFFS AND THE PUTATIVE CLASS

## UNITED AUTO CREDIT CORPORATION

## PLAINTIFF CONSENT FORM

I hereby consent to join the action against United Auto Credit Corp. (UACC) as a Plaintiff to assert claims for overtime pay. If this case does not proceed collectively, I also consent to join any subsequent action to assert these claims against UACC. During the past three years, there were occasions when I worked over 40 hours per week as an Assistant Manager, Collections Supervisor, or a Senior Collector and did not receive overtime compensation.

_Wallace_  8/26/08
Signature                                Date

_Terri Wallace_
Print Name

REDACTED

Fax, Mail or Email to:   Nichols Kaster, PLLP
Attn: David C. Zoeller
4600 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402-2242
Fax: (612) 215-6870
Toll Free Telephone: (877) 448-0492
Email: rcasey@nka.com
Web: www.overtimecases.com

**CERTIFICATE OF SERVICE**
Hernandez et al v. United Auto Credit Corporation
**Case No. 08-cv-03404 RMW/ PVT**

I hereby certify that on September 4, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Fermin H. Llaguno
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614

D. Chad Anderton
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614

Maria R. Harrington
Littler Mendelson
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614

Dated: September 4, 2008                    s/ David C. Zoeller

**NICHOLS KASTER, PLLP**
David C. Zoeller, MN State Bar No. 0387885
zoeller@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

3
NOTICE OF CONSENT FILING