Counsel on Following Page

*E-FILED - 2/12/09*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santiago Hernandez, et al., individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>vs.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C08 03404 RMW/PVT<br><br>STIPULATION AND [proposed] ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE THEIR FIRST AMENDED COMPLAINT |

STIPULATION AND [proposed] ORDER GRANTING PLAINTIFFS LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT

NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

NICHOLS KASTER, PLLP
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted *pro hac vice*)
Michele R. Fisher, MN Bar No. 303069
(admitted *pro hac vice*)
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Individual and Representative Plaintiffs

FERMIN H. LLAGUNO, Bar No. 185222
D. CHAD ANDERTON, Bar No.
MARIA R. HARRINGTON, Bar No. 201901
LITTLER MENDELSON
A Professional Corporation
2050 Main Street
Suite 900
Irvine, CA 92614
Telephone: 949.705.3000
Facsimile: 949.724.1201
Email:  fllaguno@littler.com
          canderton@littler.com
          mharrington@littler.com

STIPULATION AND [proposed] ORDER GRANTING PLAINTIFFS LEAVE TO FILE THEIR SECOND AMENDED COMPLAINT

1  By stipulation and agreement of the parties, and pursuant to Fed. R. Civ. Pro. 15(a), Defendant hereby grants its consent to Plaintiffs to file their First Amended Complaint, attached hereto as Exhibit A.

The parties further stipulate and agree that, pursuant to Fed. R. Civ. Pro. 15(c)(1)(B), the filing of the First Amended Complaint shall relate back to the filing of the original complaint for all purposes except for the inclusion of the Senior Customer Service Representative and Administrative Supervisor positions.

The parties further stipulate and agree that the filing of this First Amended Complaint shall not delay, in any manner, the briefing or hearing on Plaintiffs' Motion for Conditional Class Certification.

The parties further stipulate and agree that Defendant's Answer shall be due 30 days from the date of filing the First Amended Complaint.

Dated: 2/5/09

NICHOLS KASTER, LLP
Attorneys for Plaintiffs

By: _____
Matthew C. Helland

LITTLER MENDELSON
Attorneys for Defendant

By: _____
D. Chad Anderton

IT IS SO ORDERED

Dated: 2/12/09

_____
Hon. Ronald M. Whyte
United States District Court Judge

Firmwide:88406547.1 060715.1001
DRAFT 2/5/09