Counsel on Following Page

*E-FILED - 2/12/09*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santiago Hernandez, et al., individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>vs.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C08 03404 RMW/PVT<br><br>STIPULATION AND [proposed] ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO COMPLETE MEDIATION |

1  NICHOLS KASTER, LLP
   Matthew C. Helland, CA State Bar No. 250451
2  helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA 94111
   Telephone: 415-277-7235
4  Facsimile: 415-277-7238

5  NICHOLS KASTER, PLLP
6  Paul J. Lukas, MN State Bar No. 22084X
   Lukas@nka.com
7  (admitted *pro hac vice*)
   Michele R. Fisher, MN Bar No. 303069
8  (admitted *pro hac vice*)
   4600 IDS Center
9  80 South 8th Street
10 Minneapolis, MN 55402
   Telephone:  (612) 256-3200
11 Facsimile:  (612) 215-6870

12 Attorneys for Individual and Representative Plaintiffs

13 FERMIN H. LLAGUNO, Bar No. 185222
14 D. CHAD ANDERTON, Bar No.
   MARIA R. HARRINGTON, Bar No. 201901
15 LITTLER MENDELSON
   A Professional Corporation
16 2050 Main Street
   Suite 900
17 Irvine, CA 92614
18 Telephone: 949.705.3000
   Facsimile: 949.724.1201
19 Email:  fllaguno@littler.com
           canderton@littler.com
20         mharrington@littler.com

21
22
23
24
25
26
27
28

2

By stipulation and agreement of the parties, and for purposes of maximizing the potential for settlement during the mediation process, the parties shall have until May 20, 2009, to complete their mediation before court appointed mediator Robert T. Fries, Esq. Accordingly, the parties further stipulate that the presumptive mediation deadline of February 23, 2009 should be stricken.

Dated: February 9, 2009

NICHOLS KASTER, LLP
Attorneys for Plaintiffs

By: _____
Matthew C. Helland

LITTLER MENDELSON
Attorneys for Defendant

By: _____
D. Chad Anderton

IT IS SO ORDERED

Dated: 2/12/09

_____
Hon. Ronald M. Whyte
United States District Court Judge

Firmwide:88425546.1 060715.1001

STIPULATION AND [proposed] ORDER GRANTING EXTENSION FOR PARTIES TO COMPLETE MEDIATION