**E-FILED on** 03/20/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTIAGO HERNANDEZ, et al., individually and on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AUTO CREDIT CORPORATION, and DOES 1-50, inclusive,<br><br>Defendants. | No. C-08-03404 RMW<br><br>ORDER GRANTING MOTION FOR CONDITIONAL CLASS CERTIFICATION<br><br>[Re Docket No. 64] |

    For the reasons stated at the hearing, the collective action is conditionally certified. The court views the requirements for conditional certification to be very liberal. Plaintiff and defendant are to agree on the form of the proposed notice within fifteen days or submit their respective proposed notices within fifteen days. Defendant has thirty days in which to provide addresses for the allegedly similarly situated individuals. Defendant does not have to provide either social security numbers or telephone numbers at this time.

DATED:  03/20/09

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION FOR CONDITIONAL CLASS CERTIFICATION—No. C-08-03404 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Matthew C Helland | helland@nka.com |
| David C. Zoeller | zoeller@nka.com |
| Michelle R. Fisher | fisher@nka.com |
| Paul J. Lukas | lukas@nka.com |

**Counsel for Defendants:**

| | |
|---|---|
| Maria R. Harrington | mharrington@littler.com |
| Daniel Chad Anderton | canderton@littler.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   03/20/09                               JAS
                                         **Chambers of Judge Whyte**