1  Counsel on Following Page

*E-FILED - 10/20/09*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santiago Hernandez, et al., individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>vs.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C08 03404 RMW/PVT<br><br>**STIPULATION AND [xxxxxxxxx ORDER TO SHORTEN TIME FOR HEARING AND BRIEFING SCHEDULE REGARDING DEFENDANT'S RULE 56(F) MOTION** |

STIPULATION AND XXXXX ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO COMPLETE MEDIATION

```
 1  NICHOLS KASTER, LLP
    Matthew C. Helland, CA State Bar No. 250451
 2  helland@nka.com
    One Embarcadero Center, Suite 720
 3  San Francisco, CA 94111
    Telephone: 415-277-7235
 4  Facsimile: 415-277-7238
 5
    NICHOLS KASTER, PLLP
 6  Paul J. Lukas, MN State Bar No. 22084X
 7  Lukas@nka.com
    (admitted pro hac vice)
 8  Michele R. Fisher, MN Bar No. 303069
    (admitted pro hac vice)
 9  4600 IDS Center
10  80 South 8th Street
    Minneapolis, MN 55402
11  Telephone:  (612) 256-3200
12  Facsimile:  (612) 215-6870

13  Attorneys for Individual and Representative Plaintiffs

14
    FERMIN H. LLAGUNO, Bar No. 185222
15  D. CHAD ANDERTON, Bar No.
    MARIA R. HARRINGTON, Bar No. 201901
16  LITTLER MENDELSON
17  A Professional Corporation
    2050 Main Street
18  Suite 900
    Irvine, CA 92614
19  Telephone: 949.705.3000
20  Facsimile: 949.724.1201
    Email:  fllaguno@littler.com
21          canderton@littler.com
22          mharrington@littler.com
```

STIPULATION AND XXXXX ORDER TO SHORTEN TIME FOR HEARING AND BRIEFING RE RULE 56(f) MOTION

By stipulation and agreement of the parties, and for purposes of the efficiency of holding the hearings of all pending motions on the same date, September 11, 2009, the parties hereby stipulate that the hearing on Defendant's Motion, Pursuant to Rule 56(f) For Denial Of, Or In The Alternative, Continuance Of Plaintiffs' Motion For Partial Summary Judgment, be rescheduled for September 11, 2009 (instead of the previously scheduled September 25, 2009) so that the hearing date matches that of Defendant's Motion to Decertify the Conditional FLSA Class, Plaintiffs' Motion for Partial Summary Judgment and Plaintiffs' Motion For Leave To File Second Amended Complaint.

The parties further stipulate to a shortened briefing schedule as to Defendant's Motion, Pursuant To Rule 56(f) For Denial Of, Or In The Alternative, Continuance Of Plaintiffs' Motion for Partial Summary Judgment as follows:  Plaintiffs' opposition brief shall be due on September 1, 2009 and Defendant's reply brief shall be due by 10 a.m. on September 8, 2009.

Dated: August 27, 2009

NICHOLS KASTER, LLP
Attorneys for Plaintiffs

By: /s/ Matthew C. Helland
Matthew C. Helland

LITTLER MENDELSON
Attorneys for Defendant

By: /s/ D. Chad Anderton
D. Chad Anderton

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 10/20/09

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

Firmwide:91733416.1 060715.1001