**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Santiago Hernandez, Jason Campbell, Lisa Bennett, Michael Byrd, Kenneth Williams, Christal Delay, Shayna Cox, et al.<br><br>                    Plaintiffs,<br><br>   vs.<br><br>United Auto Credit Corporation, and DOES 1-50, inclusive,<br><br>                    Defendants. | **Case No. C08 03404 RMW/PVT**<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT** |

On October 1, 2010, Plaintiffs and Defendant United Auto Credit Corporation ("UACC") jointly moved this Court for an Order granting Plaintiffs leave to file a Second Amended Complaint for the sole purpose of effectuating settlement of the claims brought, including obtaining court approval of said settlement. The Court hereby grants the parties' motion and orders that Plaintiffs' Second Amended Complaint, which was submitted with the Stipulation for Settlement, be deemed filed immediately upon the entrance of this Order.

**IT IS SO ORDERED.**

Dated: 10/4/10

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Court Judge