1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Santiago Hernandez, et al.

                                    Plaintiffs,

          vs.

United Auto Credit Corporation, and
DOES 1-50, inclusive,

                                    Defendants.

**Case No. C08 03404 RMW/PVT**

**ORDER APPROVING**
**SETTLEMENT AND DISMISSING**
**CASE WITH PREJUDICE**

          On October 1, 2010, Plaintiffs and Defendant United Auto Credit Corporation ("UACC")
jointly moved this Court for an Order approving the parties' settlement and dismissing this case
with prejudice.  Upon review of the parties' Stipulation of Settlement, the Court **APPROVES** the
settlement pursuant to *Lynn's Food Stores, Inc. v. U.S. Dept. of Labor, Employment Standards
Admin., Wage & Hour Div.,* 679 F. 2d 1350, 1354 (11th Cir. 1982).   This case is hereby
**DISMISSED WITH PREJUDICE** pursuant to the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: 10/4/10                       _Ronald M. Whyte_____
                                    Hon. Ronald M. Whyte
                                    United States District Court Judge